Marc V. Kalagian
Attorney at Law: 149034
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail:rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff CAROLYN GARBARINO

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| CAROLYN GARBARINO, | Case No. 11-cv-719 JSW |
| Plaintiff, | STIPULATION TO EXTEND TIME AND ORDER THEREON |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | |
| Defendant. | |

TO THE HONORABLE JEFFREY S. WHITE, ~~MAGISTRATE~~ JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 30 day extension of time, to and including November 3, 2011, in which to file her motion for summary judgment.

///
///
///
///
///
///

-1-

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issued presented.

DATE: October 4, 2011  Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*

BY: _____
Marc V. Kalagian
Attorney for plaintiff Carolyn Garbarino


DATE: October 4, 2011  MELINDA HAAG
United States Attorney

/s/ *Armand D. Roth**

BY: _____
Armand D. Roth
Special Assistant United States Attorney
Attorneys for defendant Michael Astrue
|*authorized by e-mail|

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall have until November 3, 2011 to file her Motion for Summary Judgment.

Dated: October 4, 2011  _____
JEFFREY S. WHITE
~~United States Magistrate Judge~~
UNITED STATES DISTRICT JUDGE

-2-