Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Carolyn Garbarino

**UNITED STATES DISTRICT COURT**
**SAN FRANCISCO COURTHOUSE**

| | |
|---|---|
| CAROLYN GARBARINO, | ) Case No.: 11-cv-719 JSW |
| | ) |
| Plaintiff, | ) STIPULATION FOR DISMISSAL |
| | )   AND ORDER THEREON |
| vs. | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

TO THE HONORABLE JEFFERY S. WHITE, ~~MAGISTRATE~~ JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Carolyn Garbarino ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

///
///
///
///

-1-

1
2   ("Defendant"), that this matter be dismissed with prejudice, each party to bear its
3   own fees, costs, and expenses.  The parties enter into this stipulation pursuant to
4   the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate
5   order of the Court.

6   DATE: October 19, 2011    Respectfully submitted,

7         ROHLFING & KALAGIAN, LLP

8         /s/ *Marc V. Kalagian*
9         BY:_____
        Marc V. Kalagian
10        Attorney for plaintiff Carolyn Garbarino

11   DATE: October 19, 2011    LAURA E. DUFFY
12         United States Attorney

13         /s/ *Armand D. Roth*
14        _____
        Armand D. Roth
15        Special Assistant United States Attorney
        Attorneys for Defendant Michael J. Astrue,
16        Commissioner of Social Security
        (Per e-mail authorization)
17

18

19   PURSUANT TO STIPULATION, IT IS SO ORDERED that the above captioned
20   matter is dismissed with prejudice, each party to bear its own fees, costs, and
21   expenses.

22
23   DATE: October 20, 2011    _____
        THE HONORABLE JEFFERY S. WHITE
24        UNITED STATES ~~MAGISTRATE~~ JUDGE
        DISTRICT
25
26