Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Carolyn Garbarino

# UNITED STATES DISTRICT COURT
## SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| CAROLYN GARBARINO, | Case No.: 11-cv-719 JSW |
| Plaintiff, | STIPULATION FOR DISMISSAL AND ORDER THEREON |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE JEFFERY S. WHITE, ~~MAGISTRATE~~ JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Carolyn Garbarino ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

///

///

///

///

-1-

1
2  ("Defendant"), that this matter be dismissed with prejudice, each party to bear its
3  own fees, costs, and expenses.  The parties enter into this stipulation pursuant to
4  the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate
5  order of the Court.

6  DATE: October 19, 2011          Respectfully submitted,

7                                  ROHLFING & KALAGIAN, LLP

8                                      /s/ *Marc V. Kalagian*
                                    BY:_____
9                                   Marc V. Kalagian
10                                  Attorney for plaintiff Carolyn Garbarino

11 DATE: October 19, 2011          LAURA E. DUFFY
12                                 United States Attorney

13
                                       /s/ *Armand D. Roth*
14                                  _____
                                    Armand D. Roth
15                                  Special Assistant United States Attorney
                                    Attorneys for Defendant Michael J. Astrue,
16                                  Commissioner of Social Security
                                    (Per e-mail authorization)
17
18
19 PURSUANT TO STIPULATION, IT IS SO ORDERED that the above captioned
20 matter is dismissed with prejudice, each party to bear its own fees, costs, and
21 expenses.

22
   DATE:  October 20, 2011
23                                  _____
                                    THE HONORABLE JEFFERY S. WHITE
24                                  UNITED STATES ~~MAGISTRATE~~ JUDGE
                                                  DISTRICT
25
26

-2-